UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:04CR40026-FDS |
| v. ) | |
| ) | Violation: |
| BRIAN VALLEE, a/k/a ) | |
| "Chunky," ) | |
| ) | 18 U.S.C. § 922(j)- |
| Defendant. ) | (Possession of a stolen |
| ) | firearm) |

### INDICTMENT

**COUNT ONE:**  (18 U.S.C. § 922(j)- Possession of a Stolen Firearm)

The Grand Jury charges that:

In or about and between January 2003 and August 2003, both dates being approximate and inclusive, at Southbridge, in the District of Massachusetts,

**BRIAN VALLEE, a/k/a "CHUNKY",**

defendant herein, did knowingly receive, possess, conceal, store, and dispose of a stolen firearm, to wit: an Ithaca 12 gauge shotgun, model 51, bearing serial number 510102680, which had been shipped and transported in interstate commerce, before it was stolen, knowing and having reasonable cause to believe that this shotgun was stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

<u>A TRUE BILL</u>

_____
Foreperson of the Grand Jury

_____
David Hennessy
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:            November _10_, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk    12:03p

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Southbridge, MA   **Category No.** II   **Investigating Agency** ATF

**City** Southbridge

**County** Worcester

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Brian Vallee   Juvenile: ☐ Yes  ☒ No

**Alias Name** Chunky

**Address** 49 Chestnut Street, 3d Floor, Southbridge, MA

**Birth date (Year only):** 1983   **SSN (last 4 #):** 5937   **Sex** m   **Race:** white   **Nationality:** U.S

**Defense Counsel if known:** NOT KNOWN   **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** David Hennessy   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  Worc Co. HOC   ☒ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Brian Vallee, a/k/a "Chunky"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 922(j) | Possession Stolen Firearm | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: