```
          UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
      Plaintiff,
v.
                             CR 04-40026-FDS

BRIAN VALLEE,
      Defendant,

<u>ORDER OF APPOINTMENT OF COUNSEL</u>

November 12, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Miriam Conrad of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE

                                      By the Court:


                                      <u>/s/ Lisa B. Roland</u>
                                      Lisa B. Roland
                                      Deputy Clerk