UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies and to

WARDEN
Worcester County House of Corrections, West Boylston, Massachusetts

YOU ARE COMMANDED to have the body of **Brian Vallee, with date of birth ending in 1983 and social security number ending in 5937**, now in your custody, before the United States District Court for the District of Massachusetts at Boston on November 12, 2004 at 10:00 a.m. for the purpose of an initial appearance in connection with an indictment in Courtroom number 2, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, MA., in the case of United States v. Brian Vallee, a/k/a "Chunky," 04-4002-FDS. And you are to retain the body of said **Brian Vallee** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Worcester in said District this ___ day of November, 2004.

CHARLES B. SWARTWOOD, III
United States Magistrate Judge

TONY ANASTAS
By: _____
Deputy Clerk

Requested by AUSA David Hennessy