UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: 04-40026-FDS |
| | ) |
| v. | ) |
| | ) |
| BRIAN VALLEE, a/k/a "Chunky, | ) |
| Defendant. | ) |

## WAIVER

I, **Brian Vallee**, fully understand that a federal detainer arising out of United States v. Brian Vallee, a/k/a "Chunky, Criminal Docket No. 04-40026-FDS, was placed against me at the Worcester County House of Corrections, West Boylston, Massachusetts, and said detainer remains on file at that institution. I also fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in the Commonwealth of Massachusetts.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney, Miriam Conrad, ~~and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, United States v. Brian Vallee, a/k/a "Chunky, Criminal Docket No. 04-40026-FDS, and~~ DELETED

1

I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be returned to state custody after each proceeding at which my presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

Signed in Worcester, Massachusetts.

_____
**BRIAN VALLEE**, defendant

11/12/04
Date

*Witnessed by:*

_____
Miriam Conrad,
Attorney for the Defendant

11/12/04
Date