UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 04-40026-FDS
BRIAN VALLEE, a/k/a "Chunky",  )
         Defendant,            )
_____)
```

INITIAL STATUS REPORT
December 29, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

Mr. Vallee's counsel has requested additional time to review discovery produced by the Government and to determine by January 14, 2005 whether to file any discovery requests. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on February 14, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from November 26, 2004 (date of expiration of prior order of excludable time) through February 14, 2005 (date by which discovery should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, April 25, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>  
CHARLES B. SWARTWOOD, III  
MAGISTRATE JUDGE