UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )   CRIMINAL ACTION
                                    )   NO. 04-40026-FDS
BRIAN VALLEE, a/k/a "Chunky",       )
            Defendant,              )
_____)


ORDER OF EXCLUDABLE TIME
March 3, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 14, 2005 (date of expiration of prior order of excludable time) through April 5, 2005 (date by which discovery should be completed) shall be excluded from the Speedy Trial Act.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE