# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CRIMINAL ACTION |
| ) | NO. 04-40026-FDS |
| BRIAN VALLEE, a/k/a "Chunky", ) | |
| Defendant, ) | |

## ORDER OF EXCLUDABLE TIME
### May 6, 2005

**SWARTWOOD, C.M.J.**

   It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 21, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which Mr. Vallee's counsel will have completed her review of discovery) shall be excluded from the Speedy Trial Act.

                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE