UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-40026-FDS |
| | ) | |
| BRIAN VALLEE | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender J. Martin Richey hereby files his appearance on behalf of defendant Brian Vallee.

/s/ J. Martin Richey
J. Martin Richey
  B.B.O. # 559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061

Date: May 16, 2005

_____

_____