UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        v.                         )   CRIMINAL NO. 04-40026-FDS<br>)<br>BRIAN VALLEE                )  | |

MOTION TO CONTINUE
STATUS CONFERENCE

Defendant, Brian Vallee, hereby moves that this Court to continue the status conference in this matter (originally scheduled for May 26, 2005 at 3:00 p.m.) to June 6, 2005 at 3:30 p.m. As grounds, undersigned counsel was before Woodlock, J. at 3:00 p.m. on May 26, and was therefore unable to participate in the conference before this Court.

                                        BRIAN VALLEE
                                        By his attorney,

                                        /s/ J. Martin Richey

                                        J. Martin Richey
                                           B.B.O. # 559902
                                       Federal Defender Office
                                       408 Atlantic Ave. 3rd Floor
                                       Boston, MA  02210
                                       Tel: 617-223-8061

May 27, 2005