UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number: 04-40026-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN VALLEE, a/k/a "Chunky," | ) | |
| Defendant. | ) | |

## W A I V E R

I, **J. Martin Richey, Esq.**, hereby state:

1. I represent Brian Vallee in the above-captioned matter.

2. On May 31, 2005, I consulted with Mr. Vallee regarding his rights under the Interstate Agreement on Detainers to a trial within 120 days of the commencement of this case.

3. Mr. Vallee has advised me that he agrees that the period from May 26, 2005, through June 6, 2005, shall be excluded from the time in which trial must commence in this case under the Interstate Agreement on Detainers.

4. Mr. Vallee's prior waiver made in Court to agreeing to be returned to the custody of the Commonwealth of Massachusetts without prejudicing the instant prosecution remains in full force and effect.

Signed in Boston, Massachusetts.

/s/ J. Martin Richey
J. Martin Richey, Esq.
Attorney for the Defendant

May 31, 2005