# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>BRIAN VALLEE, a/k/a "Chunky", )<br>Defendant, )<br>) | CRIMINAL ACTION<br>NO. 04-40026-FDS |

## STATUS REPORT
### June 6, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Successor Counsel</u>

The Federal Defenders' Office continues to represent Mr. Vallee in this case. However, counsel for Mr. Vallee was changed within the Federal Defenders' Office in the middle of May 2005. Successor counsel has requested additional time to review the substantial amount of discovery produced by the Government in this case and to discuss that discovery with his client. I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on July 12, 2005, at 9:00 a.m., in Courtroom 16, Fifth Floor, John Joseph

Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  <u>Interstate Agreement On Detainers ("IAD")</u>

Mr. Vallee and his counsel have agreed to file an IAD waiver for the period from June 6, 2005 through July 12, 2005.

4.  <u>Excludable Time</u>

With the assent of counsel for the parties, I sm excluding from the Speedy Trial Act, the period from May 26, 2005 (date of expiration of prior order of excludable time) through July 12, 2005 (date by which Mr. Vallee and his counsel will have completed their review of discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, September 20, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE