UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )    CRIMINAL ACTION
                              )    NO. 04-40026-FDS
BRIAN VALLEE, a/k/a "Chunky", )
         Defendant,           )
_____ )
```

STATUS REPORT
July 12, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Mr. Vallee's Request For Additional Time

Mr. Vallee's counsel has requested additional time for him to review with his client discovery produced to date by the Government, to determine whether or not substantive motions should be filed and to determine whether or not this case can be resolved without a trial. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on August 30, 2005, at 9:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Interstate Agreement On Detainers ("IAD")</u>

Mr. Vallee and his counsel have agreed to file an IAD waiver for the period through August 30, 2005.

4.   <u>Excludable Time</u>

With the assent of counsel for the parties, I sm excluding from the Speedy Trial Act, the period from July 12, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date requested by Mr. Vallee to review discovery and to determine whether or not to file substantive motions and/or whether this case will be resolved without a trial).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 8, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE