# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-40026-FDS |
| BRIAN VALLEE, a/k/a "Chunky", ) | |
| Defendant, ) | |

### ORDER OF EXCLUDABLE TIME
### July 12, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 12, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date requested by Mr. Vallee to review discovery and to determine whether or not to file substantive motions and/or whether this case will be resolved without a trial) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE