UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-40026-FDS |
| | ) | |
| BRIAN VALLEE | ) | |

DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION FOR STAY AND
<u>RECONSIDERATION OF ORDER FOR PRODUCTION OF NOTES</u>

For the reasons set forth in this Court's August 1, 2005 decision and order, the Government's Motion for Stay and Reconsideration should be denied.  Nothing in the Government's original opposition to defendant's motion for discovery undermines the analysis of the Court, or militates in favor of a different ruling.

                BRIAN VALLE
                By his attorney,


                /s/ J. Martin Richey
                J. Martin Richey
                 B.B.O. # 559902
                Federal Defender Office
                408 Atlantic Avenue, 3rd Floor
                Boston, MA  02110
                Tel:  617-223-8061

Date: August 3, 2005

_____

_____