

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

August 11, 2005

BY U.S. MAIL
J. Martin Richey, Esq.
Office of the Federal Defender
408 Atlantic Avenue
Boston, MA 02210

    Re:  United States v. Brian Vallee
          Criminal No. 04-40026-FDS

Dear Mr. Richey:

    Enclosed is a photocopy of notes taken at the time Vallee was interviewed. These notes comprise seven pages.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

            By:  *[signature]*
                  David Hennessy
                  Assistant U.S. Attorney

Enclosures

cc:  Lisa Roland (w/o enclosures)
     Clerk to the Honorable Charles B. Swartwood, III