UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   **CRIMINAL ACTION**
                              )   **NO. 04-40026-FDS**
BRIAN VALLEE, a/k/a "Chunky", )
        Defendant,            )
_____)

STATUS REPORT
September 16, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Mr. Vallee's Request For Additional Time

Mr. Vallee's counsel has requested additional time for him to review discovery produced by the Government in this case with his client and to discuss with the Government the possibility for resolving this case without a trial. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on October 14, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Interstate Agreement On Detainers ("IAD")</u>

Mr. Vallee and his counsel have signed an IAD waiver for the period through August 30, 2005 and have agreed to file an IAD waiver for the period from that date through October 14, 2005.

4.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Vallee, I am excluding from the Speedy Trial Act, the period from August 30, 2005 (date of expiration of prior order of excludable time) through October 14, 2005 (date by which discovery and discussions with the Government for resolution of this case will be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, December 23, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE