UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )   CRIMINAL ACTION
                                   )   NO. 04-40026-FDS
BRIAN VALLEE, a/k/a "Chunky",      )
        Defendant,                 )
_____)

ORDER OF EXCLUDABLE TIME
September 16, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 30, 2005 (date of expiration of prior order of excludable time) through October 14, 2005 (date by which discovery and discussions with the Government for resolution of this case will be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE