UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number: 04-40026-FDS |
| ) | |
| BRIAN VALLEE ) | |

**W A I V E R**

I, **J. Martin Richey, Esq.**, hereby state:

1. I represent Brian Vallee in the above-captioned matter.

2. I have consulted with Mr. Vallee regarding his rights under the Interstate Agreement on Detainers to a trial within 120 days of the commencement of this case. Mr. Vallee has authorized me to waive time periods from the time in which trial must commence in this case under I.A.D. where such waiver is necessary to enable me to prepare his case.

3. Accordingly, Mr. Vallee hereby waives the time period from October 14, 2005 through October 19, 2005 from the time in which trial must commence in this case under the I.A.D.

4. Mr. Vallee's prior waiver made in Court to agreeing to be returned to the custody of the Commonwealth of Massachusetts without prejudicing the instant prosecution remains in full force and effect.

Signed in Boston, Massachusetts.

/s/ J. Martin Richey
J. Martin Richey, Esq.
Attorney for the Defendant

October 18, 2005