UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
            v.                  )    CRIMINAL ACTION
                                )    NO. 04-40026-FDS
BRIAN VALLEE, a/k/a "Chunky",   )
            Defendant,          )
_____ )
```

ORDER OF EXCLUDABLE TIME
October 19, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 14, 2005 (date of expiration of prior order of excludable time) through October 19, 2005 (date requested by Mr. Vallee's counsel for a final status report) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE