UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to: Worcester House of Corrections
5 Paul X. Tivnan Drive
West Boylston, MA 01583


YOU ARE COMMANDED to have the body of __Brian Vallee__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom No. __2__, on the __5th__ floor, Worcester, Massachusetts on __THURSDAY OCTOBER 27, 2005__, at __12:00__ P.M. for the purpose of __RULE 11 HEARING__

in the case of     UNITED STATES OF AMERICA    v.   Brian Vallee

CR Number __04-40026-FDS__

And you are to retain the body of said __Brian Vallee__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Brian Vallee__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __24th__ day of __October,__ 2005.


____/s/ F. Dennis Saylor IV____
UNITED STATES DISTRICT JUDGE


SARAH THORNTON, CLERK

By: __/s/ Martin Castles__
SEAL     Deputy Clerk

(Habcorp.wrt - 10/96)                                    Kkwhcap.] or
                                                          [kwhcat.]