UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his

deputies, and to: Worcester House of Corrections
  5 Paul X. Tivnan Drive
  West Boylston, MA 01583


YOU ARE COMMANDED to have the body of ___Brian Vallee___ now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, Courtroom  No._2_

__, on the _5th_ floor, Worcester, Massachusetts on _THURSDAY   JANUARY 19, 2006_, at _3:00 P_.M.

for the purpose of ___DISPOSITION___

in the case of     UNITED STATES OF AMERICA    v.   Brian Vallee

CR Number   04-40026-FDS

And you are to retain the body of said ___Brian Vallee___

while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be

necessary, and as soon as may be thereafter to return said _Brian Vallee_ to the institution from which he was taken,

under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.

And have you then and there this Writ with your doings herein.

Dated this ___18th___ day of _JANUARY,_ 2006.


___/s/ F. Dennis Saylor IV___
UNITED STATES DISTRICT JUDGE


                                                       SARAH THORNTON, CLERK


                                                       By: /s/ Martin Castles
                        SEAL                           Deputy Clerk

(Habcorp.wrt - 10/96)                                           Kkwhcap.] or
                                                                      [kwhcat.]